## Cody v. The State.

Candler, J. This case is controlled by the decision rendered in the case of *Baker* v. *State*, 118 *Ga.* 787.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Argued January 21, — Decided February 12, 1904.

Indictment for vagrancy. Before Judge Crisp. City court of Americus. November 12, 1903.

*J. R. Williams,* for plaintiff in error.

*F. A. Hooper, solicitor-general* contra.